636

425 A.2d 15

Prock, Appellant v. Hale et al.

Argued December 4, 1978.  Elwood S. Levy, for appellant;  R. Hart Beaver, for appellees.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

425 A.2d 15

Professional Office Bldgs. Inc. v. Cott et al., Appellants.

Argued June 25, 1979. William J. Brennan, for appellants;  Ronald H. Israelit, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

425 A.2d 15

Schwartz et al. v. American Medicorp, Inc. et al.

Appeal of Steinsnyder.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.  This decision was reached following the death of Robinson, J.

Argued December 6, 1978. Robert B. Surrick, submitted a brief on behalf of appellant; Jerome E. Ornsteen, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ. Order affirmed.

425 A.2d 15

Tesauro v. Baird et al, etc.

Appeal of Baird et al.

Argued March 22, 1979. Richard D. Malmed, for appellants; Herbert S. Levin, for appellees.

Before VAN der VOORT, HESTER and WIEAND, JJ. Judgment affirmed.

425 A.2d 16

Turner v. Estate of Shakespeare.

Appeal of Shakespeare, Extrx.

Willis v. Shakespeare, Extrx., Appellant.

Argued June 25, 1979. Michael O'Connor, for appellant; Louis Samuel Fine, for Turner, appellee, at No. 2599, Robert C. Nathan, for Tate, appellee, at No. 2599, Charles W. Craven, for Delaware River Port